In the Matter of the Claim of JEAN E. RYAN, Respondent, against REX COLE, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 15, 1935; decided February 26, 1935.)

*F. A. W. Ireland* for appellants.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., and FINCH, J.